*October 13, 1931.*

Associated Gas & Oil Company, Appellant, vs. McCord and another, Respondents.

For the appellant: *Joseph A. Barly* of Milwaukee.

For the respondents: *J. A. C. Lightner* of Milwaukee.

*By the Court.*—Judgment affirmed.

Yehle, by guardian *ad litem,* Respondent, vs. Wiley, by guardian *ad litem,* Appellant.

For the appellant: *Richmond, Jackman, Wilkie & Toebaas* of Madison, attorneys, and *Lawrence J. Brody* of La Crosse, guardian *ad litem.*

For the respondent: *Barton & Mogren* of St. Paul, Minnesota, and *A. P. Parsons* of La Crosse.

*By the Court.*—Judgment affirmed.

Estate of Kitzerow: Kitzerow, Proponent, Appellant, vs. Schneider and others, Respondents.

For the appellant: *A. D. Strouf* of Manitowoc.

For the respondents: *Hougen & Brady* of Manitowoc.

*By the Court.*—Judgment affirmed.